# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JOHNATHAN T KELLY #722878 | CIVIL ACTION NO. 5:24-0167 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHELE DAUZAT | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 4), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 5), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) and corresponding Motion (ECF No. 2) are **DENIED,** and the case is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 31st day of May, 2024.

_____
**S. MAUICE HICKS, JR.
UNITED STATES DISTRICT JUDGE**